# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MASTERS, WARD ANDREW | § | Case No. 8:11-bk-16420-MGW |
| MASTERS, MICHELLE MARIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter    of the United States Bankruptcy Code was filed on
      .   The undersigned trustee was appointed on                    .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was         and the deadline for filing governmental claims was      . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $      . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $     , for a total compensation of $    [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $    [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/SUSAN WOODARD_____
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| | |
|---|---|
| Case No:    11-16420    MGW    Judge: MICHAEL G. WILLIAMSON | Trustee Name:    SUSAN WOODARD |
| Case Name:    MASTERS, WARD ANDREW | Date Filed (f) or Converted (c):    08/30/11 (f) |
| MASTERS, MICHELLE MARIE | 341(a) Meeting Date:    10/05/11 |
| For Period Ending:  09/05/13 | Claims Bar Date:    01/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 BEDROOMS 3 BATHS LOCATION: 10403 APPLECROSS LANE | 263,361.00 | 0.00 | | 0.00 | FA |
| 2. REGIONS CHECKING ACCOUNT - 4193 | 2,443.84 | 0.00 | | 0.00 | FA |
| 3. SUNCOAST SCHOOLS FCU - CHECKING ACCOUNT | 76.91 | 0.00 | | 0.00 | FA |
| 4. SUNCOAST SCHOOLS FCU - SAVINGS ACCOUNT | 83.09 | 0.00 | | 0.00 | FA |
| 5. USAA CHECKING ACCOUNT - 1078-1 | 1.63 | 0.00 | | 0.00 | FA |
| 6. USAA FEDERAL SAVINGS BANK - 7381-2 | 1.61 | 0.00 | | 0.00 | FA |
| 7. USAA FEDERAL SAVINGS BANK WITH DAUGHTER 8912-8 | 1.79 | 0.00 | | 0.00 | FA |
| 8. USAA FEDERAL SAVINGS BANK WITH SON - 8905-5 | 1.10 | 0.00 | | 0.00 | FA |
| 9. USAA FEDERAL SAVINGS BANK WITH SON - 3732-8 | 1.94 | 0.00 | | 0.00 | FA |
| 10. WACHOVIA BANKING 9336 | 17.11 | 0.00 | | 0.00 | FA |
| 11. REGIONS - CHECKING - 0217 | 82.14 | 0.00 | | 0.00 | FA |
| 12. BEDS, NIGHT STANDS, DRESSER W/ MIRROR, DRESSERS, H | 4,090.00 | 0.00 | | 0.00 | FA |
| 13. PICTURES, CDS | 435.00 | 0.00 | | 0.00 | FA |
| 14. CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 15. COSTUME JEWELRY, WEDDING BANDS | 400.00 | 0.00 | | 0.00 | FA |
| 16. CAMERAS, GOLF CLUBS, TRAMPOLINE, SPORTS GEAR | 485.00 | 0.00 | | 0.00 | FA |
| 17. LIFE INSURANCE - WHOLE LIFE - POLICY 3520 | 66.03 | 0.00 | | 0.00 | FA |
| 18. LIFE INSURANCE - 65 LIFE - POLICY 2311 | 590.02 | 0.00 | | 0.00 | FA |
| 19. 457 DEFERRED COMPENSATION PLAN | 2,076.00 | 0.00 | | 0.00 | FA |
| 20. RESTAURANT MASTERS, LLC - 100% - BUSINESS IS CLOSE | 0.00 | 0.00 | | 0.00 | FA |
| 21. AR BREW GROUP, LLC - 50% - BUSINESS NOT IN OPERATI | 0.00 | 0.00 | | 0.00 | FA |
| 22. AR BREW GROUP MANAGEMENT, LLC - 50% - BUSINESS NOT | 0.00 | 0.00 | | 0.00 | FA |
| 23. FUTURE PROCEEDS FROM SALE OF FRANCHISE AGREEMENT. | 1,028.12 | 874.35 | | 18,425.95 | FA |
| 24. 2011 FORD EXPLORER - LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2008 CHEVROLET HHR | 11,125.00 | 0.00 | | 0.00 | FA |
| 26. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.50 | Unknown |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 11-16420   MGW   Judge: MICHAEL G. WILLIAMSON |
| Case Name: | MASTERS, WARD ANDREW |
| | MASTERS, MICHELLE MARIE |

| Trustee Name: | SUSAN WOODARD |
| Date Filed (f) or Converted (c): | 08/30/11 (f) |
| 341(a) Meeting Date: | 10/05/11 |
| Claims Bar Date: | 01/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $286,517.33 | $874.35 | | $18,426.45 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Continue to collect payments for sale of franchise.October 28, 2011, 11:33 am Payments on franchise sale continue to be collected.February 14, 2012, 11:26 am Attempt to sell assignment of note resulted in bid being too low.  So continue to collect monthly payments.February 24, 2012, 10:21 am  Monthly franchise payments continue to be collected for the estate.September 10, 2012, 10:54 am
Monthly franchise payments continue to be received by trustee.November 08, 2012, 01:16 pm Debtor is making monthly franchise payments to trustee and collection will continue.December 11, 2012, 11:31 am The collection of payment for account receivable (franchise payments) continues.January 22, 2013, 01:28 pm Monthly payments continue to be received.March 13, 2013, 11:12 am Collection of all monthly payments on franchise payments received.September 05, 2013, 02:40 pm

Initial Projected Date of Final Report (TFR): 12/01/12          Current Projected Date of Final Report (TFR): 09/01/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit B

| Case No: | 11-16420  -MGW |
|---|---|
| Case Name: | MASTERS, WARD ANDREW |
| | MASTERS, MICHELLE MARIE |
| Taxpayer ID No: | *******4451 |
| For Period Ending: | 09/05/13 |

| Trustee Name: | SUSAN WOODARD |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******3792  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 60,527,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/25/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 8,152.94 | | 8,152.94 |
| 11/08/12 | 23 | WARD A MASTERS | FRANCHISE SALES PAYMENT 9019699155 | 1129-000 | 1,028.13 | | 9,181.07 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,166.07 |
| 12/11/12 | 23 | WARD A MASTERS | DEBTOR PAYMENT ON SALE 1105 | 1129-000 | 1,028.13 | | 10,194.20 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,179.20 |
| 01/22/13 | 23 | WARD MASTERS | ACT RECEIVABLE PAYMENT 9020892770 | 1121-000 | 1,028.13 | | 11,207.33 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,192.33 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,177.33 |
| 03/13/13 | 23 | WARD MASTERS | DEBTOR BUYBACK PAYMENT 1109 | 1129-000 | 1,700.00 | | 12,877.33 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.02 | 12,862.31 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.07 | 12,844.24 |
| 05/13/13 | 23 | W MASTERS | DEBTOR BUYBACK PAYMENT 9022823861 | 1129-000 | 500.00 | | 13,344.24 |
| 06/11/13 | 23 | WARD MASTERS | ACC REC PAYMENT 9023259894 | 1121-000 | 1,500.00 | | 14,844.24 |
| 06/11/13 | 23 | WARD MASTERS | ACT REC 1115 | 1121-000 | 3,416.52 | | 18,260.76 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 18,353.85 | 93.09 | 18,260.76 |
| Less:  Bank Transfers/CD's | 8,152.94 | 0.00 | |
| Subtotal | 10,200.91 | 93.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,200.91 | 93.09 | |

Page Subtotals           18,353.85                    93.09

Ver: 17.03

LFORM24

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-16420 -MGW | | | | | |
| Case Name: | MASTERS, WARD ANDREW | | | | | |
| | MASTERS, MICHELLE MARIE | | | | | |
| Taxpayer ID No: | *******4451 | | | | | |
| For Period Ending: | 09/05/13 | | | | | |

| Trustee Name: | SUSAN WOODARD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1759  MONEY MARKET |
| Blanket Bond (per case limit): | $ 60,527,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/11 | 23 | W. MASTERS | FRANCHISE SALE 1013 | 1129-000 | 1,028.13 | | 1,028.13 |
| 11/28/11 | 23 | W MASTERS | DEBTOR PAYMENT 9013987934 | 1121-000 | 1,028.13 | | 2,056.26 |
| 11/30/11 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,056.27 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.27 | 2,055.00 |
| 12/30/11 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,055.02 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.53 | 2,052.49 |
| 01/10/12 | 23 | W MASTERS | DEBTOR PAYMENT 9014637771 | 1121-000 | 1,028.13 | | 3,080.62 |
| 01/31/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,080.64 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.49 | 3,077.15 |
| 02/14/12 | 23 | W. MASTERS | DEBTOR PAYMENT 1019 | 1121-000 | 1,028.13 | | 4,105.28 |
| 02/29/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,105.31 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.21 | 4,101.10 |
| 03/20/12 | 23 | W MASTERS | DEBTOR PAYMENT 9015824118 | 1121-000 | 1,028.13 | | 5,129.23 |
| 03/30/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,129.27 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.38 | 5,123.89 |
| 04/30/12 | 26 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,123.93 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.51 | 5,117.42 |
| 05/09/12 | 23 | WARD MASTERS | DEBTOR PAYMENT 1084 | 1129-000 | 1,028.13 | | 6,145.55 |
| 05/31/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,145.60 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.26 | 6,138.34 |
| 06/29/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,138.39 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.30 | 6,131.09 |
| 07/12/12 | 23 | W. MASTERS | DEBTOR PAYMENT 1090 | 1121-000 | 1,028.13 | | 7,159.22 |
| 07/31/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,159.28 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.67 | 7,150.61 |
| 08/31/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,150.67 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.08 | 7,141.59 |

|  | Page Subtotals | 7,197.29 | 55.70 |
|---|---|---|---|

LFORM24

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

*Exhibit B*

| Case No: | 11-16420 -MGW | Trustee Name: | SUSAN WOODARD |
|---|---|---|---|
| Case Name: | MASTERS, WARD ANDREW | Bank Name: | BANK OF AMERICA |
| | MASTERS, MICHELLE MARIE | Account Number / CD #: | *******1759  MONEY MARKET |
| Taxpayer ID No: | *******4451 | | |
| For Period Ending: | 09/05/13 | Blanket Bond (per case limit): | $ 60,527,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/12 | 23 | W MASTERS | MONTHLY FRANCHISE PAYMENT 901877166 | 1129-000 | 1,028.13 | | 8,169.72 |
| 09/28/12 | 26 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,169.78 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.87 | 8,160.91 |
| 10/25/12 | 26 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,160.97 |
| 10/25/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 8.03 | 8,152.94 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/25/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 8,152.94 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,225.54 | 8,225.54 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,152.94 | |
| Subtotal | 8,225.54 | 72.60 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,225.54 | 72.60 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******3792 | 10,200.91 | 93.09 | 18,260.76 |
| MONEY MARKET - *******1759 | 8,225.54 | 72.60 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 18,426.45 | 165.69 | 18,260.76 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 05, 2013 |

Case Number: 11-16420
Debtor Name: MASTERS, WARD ANDREW

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 050 4210-00 | Ford Motor Credit Company LLC Dept 55953 P O Box 55000 Detroit MI 48255-0953 | Secured | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | PNC Bank, N.A. c/o Shannon B. Kreshtool, Esquire Weinstock, Friedman & Friedman, P.A. 4 Reservoir Circle Baltimore, MD 21208 | Unsecured | OK/ two loans | $300,728.18 | $0.00 | $300,728.18 |
| 000002 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $6,177.25 | $0.00 | $6,177.25 |
| 000004 070 7100-00 | Heartland Payment Systems Passport Customer Care One Heartland Way Jeffersonville, IN 47130 | Unsecured | | $1,255.54 | $0.00 | $1,255.54 |
| 000005 070 7100-00 | USAA FEDERAL SAVINGS BANK C O Weinstein And Riley, PS 2001 Western Avenue, Ste 400 Seattle, Wa 98121 | Unsecured | | $12,260.64 | $0.00 | $12,260.64 |
| 000006 070 7100-00 | Infinite Energy 7001 SW 24th Avenue Gainesville, FL 32607 | Unsecured | | $952.42 | $0.00 | $952.42 |
| | Case Totals: | | | $321,374.03 | $0.00 | $321,374.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:11-bk-16420-MGW
Case Name: MASTERS, WARD ANDREW
         MASTERS, MICHELLE MARIE
Trustee Name: SUSAN WOODARD

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 000003 | Ford Motor Credit Company LLC | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                               $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee Fees: SUSAN WOODARD | $ | $ | $ |
| Trustee Expenses: SUSAN WOODARD | $ | $ | $ |
| Attorney for Trustee Fees: DAVID MCEWEN | $ | $ | $ |
| Attorney for Trustee Expenses: DAVID MCEWEN | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC Bank, N.A. | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000004 | Heartland Payment Systems | $ | $ | $ |
| 000005 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 000006 | Infinite Energy | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE